IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. POMPA, et al.,<br><br>　　　　　Defendants. | No. 2:22-CV-0023-WBS-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 3, for an interpreter. This filing is submitted in Spanish. As has been explained previously in this case, see ECF No. 13, the Court cannot accept filings in a language other than English. Moreover, appointment of an interpreter is not available in this case because it was not initiated against Plaintiff by the United States. See 28 U.S.C. § 1827.

　　　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion, ECF No. 3, for an interpreter is denied.

Dated: March 9, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1