IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>  Plaintiff,<br><br>  v.<br><br>M. POMPA, et al.,<br><br>  Defendants. | No. 2:22-CV-0023-WBS-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 15, for the appointment of counsel. Plaintiff's motion is written entirely in Spanish. As the Court has explained to Plaintiff in this and other cases, the Court cannot consider filings in civil cases written in any language other than English. See e.g. ECF Nos. 13 and 14.

Accordingly, IT IS HEREBY ORDERED THAT Plaintiff's motion for the appointment of counsel, ECF No. 15, is denied, without prejudice to a refiling in English.

Dated:  April 18, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE

1