IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M. POMPA, et al.,<br><br>　　　　Defendants. | No. 2:22-CV-0023-WBS-DMC-P<br><br><br>FINDINGS AND RECOMMENDATIONS |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  On February 16, 2022, the Court directed Plaintiff to file an amended complaint within 30 days.  Plaintiff was warned that failure to file an amended complaint may result in dismissal of this action for lack of prosecution and failure to comply with court rules and orders.  <u>See</u> Local Rule 110.  To date, plaintiff has not complied.

   In light of Plaintiff's failure to file an amended complaint as directed, the Court recommends that this action be dismissed, without prejudice, for lack of prosecution and failure to comply with court rules and orders.

   These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the court.  Responses to objections shall be filed within 14 days after service of

objections. Failure to file objections within the specified time may waive the right to appeal. See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: April 18, 2022

                                          DENNIS M. COTA
                                          UNITED STATES MAGISTRATE JUDGE