IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ, | No. 2:22-CV-0023-WBS-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| M. POMPA, et al., | |
| Defendants. | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Plaintiff's motion, ECF No. 19, for an extension of time to file objections to the Court's April 18, 2022, findings and recommendations. Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to a recent prison transfer, Plaintiff's motion is granted. Plaintiff may file objections within 30 days of the date of this order.

        IT IS SO ORDERED.

Dated: June 27, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1